UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROYCE HENDRIX,

Plaintiff,

v.

TIM THRASHER, et al.,

Defendants.

CASE NO. 3:18-cv-05465-RBL-DWC

REPORT AND RECOMMENDATION

Noting Date: July 13, 2018

The District Court referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Before the Court is Plaintiff's Motion for Voluntary Dismissal. Dkt. 3

Plaintiff filed this action on June 11, 2018. Dkt. 1. However, his Application to Proceed *In Forma Pauperis* ("Application for IFP") was deficient, and the Clerk sent Plaintiff a letter notifying Plaintiff of the deficiency. Dkt. 2. Plaintiff has now filed a request to voluntarily dismiss his action, explaining he wants to secure a pro bono attorney before proceeding further with his action. Dkt. 3.

Under Rule 41(a)(1), an action may be voluntarily dismissed without prejudice by the plaintiff if the plaintiff files a notice of dismissal before the defendant files an answer or summary judgment motion and the plaintiff has not previously dismissed an action "based on or including the same claim." Fed.R.Civ.P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Here, the Court has not served Plaintiff's Complaint and so Defendants have not responded. Because of this, Plaintiff may voluntarily dismiss his action. Therefore, the Court recommends Plaintiff's Motion to Dismiss (Dkt. 3) be granted and Plaintiff's action be dismissed without prejudice. The Court further recommends Plaintiff's Application for IFP (Dkt. 1) be denied as moot.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on July 13, 2018, as noted in the caption.

Dated this 26th day of June, 2018.

David W. Christel
United States Magistrate Judge